# United States District Court
# For The Western District of North Carolina
# Asheville Division

Alfred L. Williams, Jr. ,

    Plaintiff(s),                          JUDGMENT IN A CIVIL CASE

vs.                                              1:11-cv-00170

Richard Terry ,

    Defendant(s).

DECISION BY COURT.  This action having come before the Court by and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 10/7/2011 Order.

                                                Signed: October 7, 2011

                                                Frank G. Johns, Clerk
                                                United States District Court